# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CARMEN VAGEDES, *et al.* | : | Case No. 3:25-cv-190 |
| | : | |
| Plaintiffs, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| 360 WELLNESS CENTER, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER

This case is before the Court upon Defendants' Motion to Dismiss (Doc. #9), Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. #10), and Defendants' Notice of Withdrawal of Motion to Dismiss and Consent to Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. #11).

In Defendants' Notice, they withdraw their pending Motion to Dismiss (Doc. #9) and indicate that they do not oppose Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. #10).

Accordingly, Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. #10) is hereby **GRANTED**. The Clerk of Court is **DIRECTED** to docket Plaintiff's Second Amended Complaint (Doc. #10-1) as a separate entry. Additionally, Defendants' Motion to Dismiss (Doc. #9) is hereby **WITHDRAWN** as moot.

**IT IS SO ORDERED.**

August 29, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge